CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 23 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SHAHIM D. ARCHI PEARSON, ) | |
| Plaintiff, ) | Civil Action No. 7:06-cv-00565 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| AUGUSTA CORRECTIONAL ) | |
| CENTER, et al., ) | By: Hon. James C. Turk |
| Defendant(s). ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that plaintiff's motion to amend (Dkt. No. 5) is hereby **GRANTED** so as to add Jim Sisk as a defendant; but that this action as amended shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), and stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 23rd day of October, 2006.

/s/ James C. Turk
Senior United States District Judge